# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **International Stone & Tile Co., LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **26-2639586** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **44-36 21st Street, Long Island City, NY** ZIP Code **11101** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Queens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **International Stone & Tile Co., LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **International Stone & Tile Co., LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert L. Pryor**
Signature of Attorney for Debtor(s)

**Robert L. Pryor**
Printed Name of Attorney for Debtor(s)

**Pryor & Mandelup, L.L.P.**
Firm Name

**675 Old Country Road**
**Westbury, NY 11590**

Address

**516-997-0999  Fax: 516-333-7333**
Telephone Number

**July 30, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Kondos**
Signature of Authorized Individual

**Michael Kondos**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 30, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **International Stone & Tile Co., LLC**                                  Case No.
                                          Debtor(s)                              Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Arley Wholesale, Inc.** 7176 Morgan Road Liverpool, NY 13088 | **Arley Wholesale, Inc.** 7176 Morgan Road Liverpool, NY 13088 | | | **18,861.74** |
| **Cancos Tile Corp.** 1085 Portion Road Farmingville, NY 11738 | **Cancos Tile Corp.** 1085 Portion Road Farmingville, NY 11738 | | | **15,500.73** |
| **Custom Building Products** PO Box 409289 Atlanta, GA 30384 | **Custom Building Products** PO Box 409289 Atlanta, GA 30384 | | | **28,917.81** |
| **Diane Hatzis** 19 Old Farm Road Scarsdale, NY 10583 | **Diane Hatzis** 19 Old Farm Road Scarsdale, NY 10583 | | | **139,000.00** |
| **Ferrazoli Imports of N.E. Inc.** 234 Middle Street Middletown, CT 06457 | **Ferrazoli Imports of N.E. Inc.** 234 Middle Street Middletown, CT 06457 | **[plus $28,388.38 promissory note]** | | **17,470.22** |
| **Formia Marble & Stone** 219 East 11 Ave. Roselle, NJ 07203 | **Formia Marble & Stone** 219 East 11 Ave. Roselle, NJ 07203 | | Disputed | **13,000.00** |
| **George Kondos** 2 Castle Road Scarsdale, NY 10583 | **George Kondos** 2 Castle Road Scarsdale, NY 10583 | | | **45,000.00** |
| **Giorgio Gori USA** Heitner & Breitstein 26 Court Street Brooklyn, NY 11242 | **Giorgio Gori USA** Heitner & Breitstein 26 Court Street Brooklyn, NY 11242 | **Potential liability on old corporate debt** | | **17,875.47** |
| **Hindustan Granites-LI** 65 Davids Drive Hauppauge, NY 11788 | **Hindustan Granites-LI** 65 Davids Drive Hauppauge, NY 11788 | | Disputed | **15,531.76** |
| **Merit Capital Advance** 181 Market Street, 9th Floor Philadelphia, PA 19103 | **Merit Capital Advance** 181 Market Street, 9th Floor Philadelphia, PA 19103 | **Potential liability on old corporate debt** | | **16,200.28** |
| **Ronboard Realty Corp.** c/o Jerrold A. Tenzer, Esq. 236 Mineola Blvd., Ste. 200 Mineola, NY 11501 | **Ronboard Realty Corp.** c/o Jerrold A. Tenzer, Esq. 236 Mineola Blvd., Ste. 200 Mineola, NY 11501 | | Contingent Unliquidated Disputed | **275,635.68** |

B4 (Official Form 4) (12/07) - Cont.

In re **International Stone & Tile Co., LLC**  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Serenissima CiR Industry Ceramics<br>Via A Volta 9<br>Casalgrande (RE) Italy | Serenissima CiR Industry Ceramics<br>Via A Volta 9<br>Casalgrande (RE) Italy | Potential liability on old corporate debt | | 38,611.50 |
| Signature Bank<br>Private Client Group 133<br>36-36 33rd St.<br>Astoria, NY 11106 | Signature Bank<br>Private Client Group 133<br>36-36 33rd St.<br>Astoria, NY 11106 | | | 50,000.00 |
| Standard Tile Imports, Inc.<br>255 Route Route 46<br>Totowa, NJ 07512 | Standard Tile Imports, Inc.<br>255 Route Route 46<br>Totowa, NJ 07512 | | | 17,602.92 |
| Standard Tile Supply Co., Inc.<br>255 Route 46<br>Totowa, NJ 07512 | Standard Tile Supply Co., Inc.<br>255 Route 46<br>Totowa, NJ 07512 | | | 13,706.41 |
| Superior Selected Stone<br>3353 10 Street<br>Astoria, NY 11105 | Superior Selected Stone<br>3353 10 Street<br>Astoria, NY 11105 | | | 36,850.00 |
| Time Payment Corp.<br>10-M Commerce Way<br>Woburn, MA 01801 | Time Payment Corp.<br>10-M Commerce Way<br>Woburn, MA 01801 | | | 48,199.34 |
| Vasili Reality LLC<br>PO Box 610530<br>Bayside, NY 11361 | Vasili Reality LLC<br>PO Box 610530<br>Bayside, NY 11361 | | | 28,252.30 |
| Wayne Tile Company<br>2 Doing Road<br>Wayne, NJ 07470 | Wayne Tile Company<br>2 Doing Road<br>Wayne, NJ 07470 | | | 177,453.80 |
| White Coffee Corp.<br>18-35 38th Street<br>Astoria, NY 11105 | White Coffee Corp.<br>18-35 38th Street<br>Astoria, NY 11105 | | Disputed | 42,952.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 30, 2010**　　　　　　　Signature **/s/ Michael Kondos**  
                                                       **Michael Kondos**  
                                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Amana Express International
147-04 176th Street
Jamaica, NY 11434

American Tile Supply
69 Main Street
PO Box 15
Danbury, CT 06810

Antenna Pay TV USA, Inc.
645 Fifth Avenue, Ste. 406
New York, NY 10022

Arley Wholesale, Inc.
7176 Morgan Road
Liverpool, NY 13088

Atlas Sanitation
PO Box 140629
Howard Beach, NY 11414-0629

Axis Capital, Inc.
Dept. 1685
Denver, CO 80291-1685

Belknap White Alcco
Carpet Products, Inc.
111 Plymouth Street
Mansfield, MA 02048-2053

Best Tile
Classic Ceramic EBR Warehouse
122 Tice Lane
East Brunswick, NJ 08816

BHMA
The Greek Radio Station of NY
24-11 41st Avenue, Ground Flr.
Long Island City, NY 11101

Cancos Tile Corp.
1085 Portion Road
Farmingville, NY 11738

Ceramica Fioranese
Sola Enrico
Via Claudia 5651
Savignano Sul Panamo 41056


Ceramiche Tiffany
N.T. Brass Imports
42048 Rubiera (RE)
Italy


Color Caulk
Division of Roanoke Companies
PO Box 2091
Aurora, IL 60507-2091


Custom Building Products
PO Box 409289
Atlanta, GA 30384


Del Corona & Scardigli
1 Washington Street, Ste. 1301
Newark, NJ 07102


Del Corona Scardiglio
1 Washington Street - Suite 1301
Newark, NJ 07102


Dell Financial Services
c/o DFS Customer Care Department
PO Box 81577
Austin, TX 78708-1577


Diane Hatzis
19 Old Farm Road
Scarsdale, NY 10583


Estiator The Restaurateur
421 7th Avenue, Ste. 810
New York, NY 10001


European Granite & Marble of Brooklyn In
145 19th Street
Brooklyn, NY 11232

Ferrazoli Imports of N.E. Inc.
234 Middle Street
Middletown, CT 06457

Filterfresh Coffee Service
590 Smith Street
Farmingdale, NY 11735

First Data Merchant Services

Formia Marble & Stone
219 East 11 Ave.
Roselle, NJ 07203

George Kondos
2 Castle Road
Scarsdale, NY 10583

Giorgio Gori USA
Heitner & Breitstein
26 Court Street
Brooklyn, NY 11242

GMAC
PO Box 380901
Minneapolis, MN 55438-0901

Hindustan Granites-LI
65 Davids Drive
Hauppauge, NY 11788

HIP of Greater NY
Box 9329, G.P.O.
New York, NY 10087-9329

James Hardie Building Products Inc.
26300 La Alameda, Ste. 100
Mission Viejo, CA 92691

Keraben Group USA
113 Magnolia Avenue
Westbury, NY 11590

Liberty Bank, F.S.B.
6400 Westown Parkway
West Des Moines, IA 50266


Manhattan Propane, Inc.
11 South 4th Street
Bay Shore, NY 11706


Merit Capital Advance
181 Market Street, 9th Floor
Philadelphia, PA 19103


Miracle Sealants Company
12318 Lower Azusa Road
Arcadia, CA 91006


Mirage Glass Tiles
10624 Ave. D
Brooklyn, NY 11236


New Jersey Porcelain Co.
600 Plum Street
Trenton, NJ 08638


New York Sales Tax
PO Box 15168
Albany, NY 12212-5168


New York State Dept of Tax & Finance
90 South Ridge Street
Port Chester, NY 10573-2800


Nissan Lift of NY, Inc.
603 Chestnut Street
Garden City, NY 11530


NY Merchants Protective Corp.
Kirschenbaum & Kirschbaum, PC
200 Garden City Plaza
Garden City, NY 11530


NYC Environmental Control Board
66 John Street, 10th Floor
New York, NY 10038

O'Connor Davies Munns & Dobbins LLP
One Barker Avenue
White Plains, NY 10601


Office Max
1590 1st Avenue
Ottawa, IL 61350


One Communications
2150 Holmgren Way
Green Bay, WI 54304


Onyx France, Inc.
10 South Bradley Road
Woodbridge, CT 06525


Pitney Bowes - Purchase Power
PO Box 5151
Shelton, CT 06484-7151


Puget Sound Leasing Co., Inc.
PO Box 1295
Issaquah, WA 98027


Rodine Group
N.T. Brass Exports, Inc.
1401 74th Street
Brooklyn, NY 11228


Ronboard Realty Corp.
c/o Jerrold A. Tenzer, Esq.
236 Mineola Blvd., Ste. 200
Mineola, NY 11501


Salesmaster
303 Marcus Blvd.
Deer Park, NY 11729


Schluter System L.P.
194 Pleasant Ridge Road
Plattsburgh, NY 12901


Serenissima CiR Industry Ceramics
Via A Volta 9
Casalgrande (RE) Italy

Signature Bank
Private Client Group 133
36-36 33rd St.
Astoria, NY 11106


Simply Trade Inc.
112 EAst Boca Raton Road Inc.
Boca Raton, FL 33432


Southampton Brick & Tile LLC
303 Winding Road
Old Bethpage, NY 11804


Standard Tile Imports, Inc.
255 Route Route 46
Totowa, NJ 07512


Standard Tile Supply Co., Inc.
255 Route 46
Totowa, NJ 07512


Stock Market Recovery Consultants, Inc.
1412 Coney Island Ave.
Brooklyn, NY 11230


Superior Selected Stone
3353 10 Street
Astoria, NY 11105


TeleCheck Services, Inc.
PO Box 60028
City of Industry, CA 91716-0028


The National Herald
37-10 30th St.
Long Island City, NY 11101


Time Payment Corp.
10-M Commerce Way
Woburn, MA 01801


Tower National Ins. Co.
120 Broadway, 31st Floor
New York, NY 10271-3199

Tower National Ins., Co.
General POB 29919
New York, NY 10087

Universal Marble & Granite of NY
38-17 10th Street
Long Island City, NY 11101

Vasili Reality LLC
PO Box 610530
Bayside, NY 11361

Verizon
PO Box 15124
Albany, NY 12212-5124

Wayne Tile Company
2 Doing Road
Wayne, NJ 07470

White Coffee Corp.
18-35 38th Street
Astoria, NY 11105

White Family Limited Partnership
18-35 38th Street
Astoria, NY 11105

Yellow Book
P O Box 3162
Cedar Rapids, IA 52406

Yellow Transportation